# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

DENIL JOSUE HERNANDEZ BUESO,

              Petitioner,

     v.

KRISTI NOEM, et al.,

              Respondents.

No. 5:26-cv-00192-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Denil Josue Hernandez Bueso. No party filed objections to the Report and Recommendation within the time permitted. (ECF 31.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is **granted** as to Claim One in the Petition on the ground that Petitioner's detention without a bond hearing was unlawful;

3. The Petition is otherwise denied[1];

4. The Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED: May 15, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that Petitioner sought unconditional release, consistent with Petitioner's forthwith release on February 26, 2026. [Dkt. No. 29 at 3–4]. Petitioner previously provided the Court with his 2019 Order of Release on Recognizance, which indicates that Petitioner was "[r]eleased on OREC/OSUP due to lack of space" and the parent for his family unit was "[e]nrolled into ATD." [Dkt. No. 1 at 30–32]. Based on the record before the Court, it is unclear whether Petitioner's Order of Release on Recognizance imposed conditions of release. Moreover, Petitioner failed to object to the Report and Recommendation of the Magistrate Judge as to conditions of release. As such, the Court finds the Report and Recommendation appropriate.

2