JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| DENIL JOSUE HERNANDEZ BUESO,<br><br>              Petitioner,<br><br>       v.<br><br>KRISTI NOEM, et al.,<br><br>              Respondents. | No. 5:26-cv-00192-SSS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One on the ground that Petitioner's detention without a bond hearing was unlawful.

DATED: May 15, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE